RECEIVED
MAY 15 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JULIAN ESTRADA | DOCKET NO. 11-CV-2118; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN R. MARTINEZ | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED** with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 15th day of May 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE